# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHELLE LYNN HERRERA**                                              **PLAINTIFF**

V.                          CASE NO. 4:20-CV-759-BD

**ANDREW SAUL, Commissioner**
**Social Security Administration**                                     **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, Judgment is hereby entered in favor of Plaintiff Michelle Lynn Herrera and against the Social Security Administration. This is a sentence four remand under 42 U.S.C. §405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89, 97-103 (1991).

IT IS SO ORDERED this 1st day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE